## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JULIAN DESTEPHANO, Derivatively on
Behalf of UNILIFE CORPORATION,

Case No. 1:17-cv-00220-RA

Plaintiff,

**NOTICE OF DISMISSAL**

v.

MARY KATE WOLD, JOHN RYAN,
MICHAEL E. KAMARCK, JEFF
CARTER, ROSEMARY A. CRANE,
DUANE DESISTO, HARRY A. HAMILL,
JOHN LUND, ALAN SHORTALL, JIM
BOSNJAK, and DENNIS P. PYERS,

Defendants,

-and-

UNILIFE CORPORATION,

Nominal Defendant.

1/2/18

PLEASE TAKE NOTICE:

The above-referenced derivative action had been stayed, *see* Dkt. Nos. 55-56, due to the

bankruptcy action concerning nominal Defendant Unilife Corporation, pending in the United

States Bankruptcy Court for the District of Delaware, Civil Action No. 1:17-bk-10805. Through

proceedings in the aforesaid bankruptcy action, all claims asserted in this action have been

settled. *See* attached Bankruptcy Court Order Granting Debtors' Motion for Approval of

Settlement, entered November 28, 2017, attached hereto as Exhibit 1; *see also* Debtors' Motion

for Approval of Settlement, filed October 30, 2017, attached hereto as Exhibit 2.

Accordingly, pursuant to the terms of the Bankruptcy Court Order, this action should be

dismissed with prejudice and marked closed.

Dated: December 29, 2017

**GAINEY McKENNA & EGLESTON**

By: _Thomas J. McKenna_

Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Counsel for Plaintiff*

SO ORDERED:

Ronnie Abrams

United State District Judge

1/2/18

2